# In the United States Court of Federal Claims

No. 15-554

Filed: August 16, 2019

| | |
|---|---|
| PARK PROPERTIES ASSOCIATES, L.P. et al., | ) )  ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

## ORDER

On September 26, 2016, the Court issued an opinion in this case, denying defendant's Motion to Dismiss and granting plaintiffs' Motion for Summary Judgment. On May 2, 2017, the Court issued an order on damages, and, on May 25, 2017, the Court denied plaintiffs' Motion to Alter or Amend Judgment. In July of 2017, the government appealed the Court's decision to the U.S. Court of Appeals for the Federal Circuit ("Federal Circuit"), and the plaintiffs initiated a cross-appeal of the same. In a decision issued on February 19, 2019, the Federal Circuit reversed-in-part and vacated-in-part this Court's decision and remanded the case "for entry of judgment consistent with [the Federal Circuit] opinion." Decision of the Court of Appeals for the Federal Circuit, ECF–63 at 15. The Court received the Federal Circuit's Mandate on June 6, 2019.

Pursuant to the reasons set forth in the Federal Circuit's February 19, 2019 Decision, defendant's MOTION to Dismiss is hereby **GRANTED**. Plaintiffs' MOTION for Summary Judgment is hereby **DENIED**. The Clerk of Court is directed to enter judgment in favor of defendant.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge